IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-99-75-D |
| | ) | (No. CIV-17-624-D) |
| MARCUS WAYNE ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

## **J U D G M E N T**

Pursuant to the Order denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, the Court enters judgment in favor of the United States of America. Further, a certificate of appealability is denied.

Entered this 26th day of June, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE